# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPH F. SANDOVAL,

    Plaintiff,

v.                                                                       CV No. 20-248 WJ/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *Pro Se Prisoner Civil Rights Complaint*, (Doc. 1). The filing is deficient because Plaintiff failed to prepay the $400 civil fee or, alternatively, file a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. Plaintiff must cure this deficiency within (30) days of entry of this Order. The civil action number (20-cv-248 WJ/CG) should be included on all filings. Failure to timely comply with this Order will result in dismissal of the case without prejudice and without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must either prepay the $400 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement for the period between September 19, 2019 and March 19, 2020.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail Plaintiff, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE